# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Bair, | No. CV-16-03446-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| iServe Servicing Incorporated, | |
| Defendant. | |

The Court having received the parties' Stipulation for Dismissal with Prejudice (Doc. 18), filed on March 15, 2017,

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 18) and dismissing this action, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

**Dated** this 15th day of March, 2017.

Honorable Diane J. Humetewa
United States District Judge